# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUDITH SCRASE, | |
|     Plaintiff(s), | Case No. 2:09-2398-RLH-LRL |
| vs. | **O R D E R** |
| WILLIAM K. DICKINSON, | (Motion for Summary Judgment–#13) |
|     Defendant(s). | |

Before the Court is Plaintiff's **Motion for Default Judgment** (#13, filed October 19, 2010). Defendant's Opposition (#14, was filed October 20, 2010). No Reply has been filed.

Plaintiff's Motion for Default Judgment was filed after she obtained a Clerk's Default. However, the Clerk's Default was erroneously entered. By another Order, the Court has granted Defendant's Motion to Set Aside Default (#11) because there has not been proper service on the Defendant. Accordingly, the Default is set aside, removing the basis for the present motion.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Default Judgment (#13) is DENIED.

Dated: November 29, 2010.

_____
Roger L. Hunt
Chief United States District Judge