# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDITH SCRASE, | |
| Plaintiff, | Case No. 2:09-cv-02398-RLH-GWF |
| vs. | **ORDER** |
| WILLIAM K. DICKINSON, | Motion to Stay (#29) |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Stay (#29), filed March 4, 2011. Defendant requests that the Court stay discovery until the Court issues a decision on Defendant's Motion to Dismiss (#24), which argues that qualified immunity prohibits Plaintiff's claims. (#29). The Court finds that Defendant has shown good cause for discovery to be stayed. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Stay (#29) is **granted**. Discovery is stayed pending the Court's decision on Defendant's Motion to Dismiss (#24).

DATED this 9th day of March, 2011.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**